UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONATHAN BERNARD WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-2188** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY** | **SECTION "H" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 14th day of November, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**